JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE SHOVE,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>KEVIN CHAPPELL, Warden,<br><br>California State Prison at San Quentin,<br><br>　　　　　Respondent. | Case No.: CV 13-1475 R<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that for the reasons set forth in the Order Denying and Dismissing Petition for Writ of Habeas Corpus, the Petition for Writ of Habeas Corpus is hereby DENIED and DISMISSED.

**IT IS SO ORDERED.**　　　　　**Dated this 11th day of March 2013**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE